Lothar Goernitz
P.O. Box 32961
Phoenix, AZ  85064
(602) 263-5413

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THOMPSON, PATRICK C | § | Case No. 11-30102-PHX RJH |
| THOMPSON, LINDA D | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

       Funds were disbursed in the following amounts:

       Payments made under an interim
       disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                    $

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $         . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $          as interim compensation and now requests a sum of $         , for a total compensation of $          [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $         , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Lothar Goernitz_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)** *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Case No:          11-30102-PHX    RJH    Judge: RANDOLPH J. HAINES

Case Name:     THOMPSON, PATRICK C
                        THOMPSON, LINDA D

For Period Ending:  01/04/14

Trustee Name:                                    Lothar Goernitz
Date Filed (f) or Converted (c):     10/26/11 (f)
341(a) Meeting Date:                     11/29/11
Claims Bar Date:                           08/20/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE: 10338 E IRWIN AVENUE MESA AZ  85209 | 215,000.00 | 0.00 | | 0.00 | FA |
| 2. BANK OF AMERICA, CHECKING (--8923) | 210.39 | 0.00 | | 0.00 | FA |
| 3. KITCHEN TABLE & CHAIRS 100; DINING TABLE & CHAIRS | 2,340.00 | 0.00 | | 0.00 | FA |
| 4. ENTERTAINMENT CENTER 50; HUTCH 150; LOVESEAT 25; 2 | 1,320.00 | 0.00 | | 0.00 | FA |
| 5. GUITAR | 75.00 | 0.00 | | 0.00 | FA |
| 6. SEWING MACHINE | 20.00 | 0.00 | | 0.00 | FA |
| 7. MISC BOOKS | 20.00 | 0.00 | | 0.00 | FA |
| 8. MISC PICTURES 150; CDS 30; DVDS 50; BEANNIE BABIES | 480.00 | 0.00 | | 0.00 | FA |
| 9. MEN'S/WOMEN'S | 375.00 | 0.00 | | 0.00 | FA |
| 10. WEDDING RINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. WATCHES | 100.00 | 0.00 | | 0.00 | FA |
| 12. MISC JEWELRY | 75.00 | 0.00 | | 0.00 | FA |
| 13. 3 BICYCLES | 100.00 | 0.00 | | 0.00 | FA |
| 14. KSI 9MM PISTOL | 100.00 | 0.00 | | 0.00 | FA |
| 15. CAMERA 50; CAMCORDER 100; TREADMILL 50; BOWFLEX 10 | 300.00 | 0.00 | | 0.00 | FA |
| 16. PENSION COCA COLA | 0.00 | 0.00 | | 0.00 | FA |
| 17. 401K COCA COLA | 8,092.96 | 0.00 | | 0.00 | FA |
| 18. 401K BANNER HEALTH | 18,681.25 | 0.00 | | 0.00 | FA |
| 19. 2 2005 HONDA ATVS -- BOTH REQUIRE REPAIRS | 1,500.00 | 0.00 | | 0.00 | FA |
| 20. 1996 FORD EXPLORER 126,000 MILES; FAIR CONDITION | 1,875.00 | 0.00 | | 0.00 | FA |
| 21. DOG 50; BIRD 200 | 250.00 | 0.00 | | 0.00 | FA |
| 22. HOT TUB | 250.00 | 0.00 | | 0.00 | FA |
| 23. FEDERAL & STATE INCOME TAX REFUNDS (u) | 0.00 | 1,653.00 | | 1,653.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $252,664.60 | $1,653.00 | | $1,653.00 | $0.00 |
|---|---|---|---|---|---|

LFORM1   UST Form 101-7-TFR (5/1/2011) (Page: 3)    Case 2:11-bk-30102-RJH    Doc 29    Filed 02/07/14    Entered 02/07/14 11:46:17    Desc
Page 3 of 11

Ver: 17.04b

| Case No: | 11-30102-PHX    RJH    Judge: RANDOLPH J. HAINES | Trustee Name: | Lothar Goernitz |
|---|---|---|---|
| Case Name: | THOMPSON, PATRICK C | Date Filed (f) or Converted (c): | 10/26/11 (f) |
| | THOMPSON, LINDA D | 341(a) Meeting Date: | 11/29/11 |
| | | Claims Bar Date: | 08/20/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/15/14          Current Projected Date of Final Report (TFR): 11/15/14

LFORM1    **UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*          Case 2:11-bk-30102-RJH    Doc 29    Filed 02/07/14    Entered 02/07/14 11:46:17    Desc

Page 4 of 11

Ver: 17.04b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-30102-PHX -RJH |
| Case Name: | THOMPSON, PATRICK C |
| | THOMPSON, LINDA D |
| Taxpayer ID No: | *******1998 |
| For Period Ending: | 01/04/14 |

| | |
|---|---|
| Trustee Name: | Lothar Goernitz |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******3828 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 65,631,723.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/12/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 1,385.54 | | 1,385.54 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,370.54 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,355.54 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,340.54 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,325.54 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,310.54 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,295.54 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,280.54 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,265.54 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,250.54 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,235.54 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,220.54 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,205.54 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,385.54 | 180.00 | 1,205.54 |
| Less: Bank Transfers/CD's | 1,385.54 | 0.00 | |
| Subtotal | 0.00 | 180.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 180.00 | |

| | | |
|---|---|---|
| Page Subtotals | 1,385.54 | 180.00 |

LFORM24  UST Form 101-7-TFR (5/1/2011) (Page: 5)  Case 2:11-bk-30102-RJH    Doc 29    Filed 02/07/14    Entered 02/07/14 11:46:17    Desc    Page 5 of 11

Ver: 17.04b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-30102-PHX -RJH | | Trustee Name: | Lothar Goernitz |
|---|---|---|---|---|
| Case Name: | THOMPSON, PATRICK C | | Bank Name: | Bank of America |
| | THOMPSON, LINDA D | | Account Number / CD #: | *******0565 Checking - Non Interest |
| Taxpayer ID No: | *******1998 | | | |
| For Period Ending: | 01/04/14 | | Blanket Bond (per case limit): | $ 65,631,723.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/08/12 | 23 | PATRICK THOMPSON | TAX REFUND | 1224-000 | 1,653.00 | | 1,653.00 |
| | | | Estate's Interest in Tax Refund | | | | |
| 05/15/12 | 000001 | CLERK, U.S. BANKRUPTCY COURT | REOPEN CASE FEE | 2700-000 | | 260.00 | 1,393.00 |
| | | 230 N. 1ST AVE, SUITE 101 | | | | | |
| | | PHOENIX, AZ 85003-1706 | | | | | |
| 06/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.66 | 1,391.34 |
| 07/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.82 | 1,389.52 |
| 08/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.77 | 1,387.75 |
| 09/28/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.59 | 1,386.16 |
| 10/12/12 | | Bank of America | BANK FEES | 2600-000 | | 0.62 | 1,385.54 |
| | | 901 Main Street | | | | | |
| | | 10th Floor | | | | | |
| | | Dallas, TX 75283 | | | | | |
| 10/12/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 1,385.54 | 0.00 |

| | | COLUMN TOTALS | 1,653.00 | 1,653.00 | 0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers/CD's | 0.00 | 1,385.54 | |
| | | Subtotal | 1,653.00 | 267.46 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 1,653.00 | 267.46 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - ********3828 | 0.00 | 180.00 | 1,205.54 |
| Checking - Non Interest - *******0565 | 1,653.00 | 267.46 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 1,653.00 | 447.46 | 1,205.54 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 1,653.00 | 1,653.00 |
|---|---|---|---|

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-30102-PHX -RJH |
| Case Name: | THOMPSON, PATRICK C |
| | THOMPSON, LINDA D |
| Taxpayer ID No: | *******1998 |
| For Period Ending: | 01/04/14 |

| | |
|---|---|
| Trustee Name: | Lothar Goernitz |
| Bank Name: | Bank of America |
| Account Number / CD #: | *******0565 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 65,631,723.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking - Non Interest - ********3828

Checking - Non Interest - ********0565

| | | | Page Subtotals | | 0.00 | 0.00 | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: January 04, 2014

Case Number:  11-30102-PHX
Debtor Name:  THOMPSON, PATRICK C

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2700-00 | CLERK, U.S. BANKRUPTCY COURT 230 N. 1ST AVE, SUITE 101 PHOENIX, AZ  85003-1706 | Administrative | | $260.00 | $260.00 | $0.00 |
| 000001 070 7100-00 | ATLAS ACQUISITIONS LLC 294 UNION ST. HACKENSACK, NJ 07601 | Unsecured | | $582.13 | $0.00 | $582.13 |
| 000002 070 7100-00 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | Unsecured | | $10,935.44 | $0.00 | $10,935.44 |
| 000003 070 7100-00 | MIDLAND FUNDING LLC BY ITS AUTHORIZED AGENT RECOSER, LLC 25 SE 2ND AVE, SUITE 1120 MIAMI, FL 33131-1605 | Unsecured | | $616.96 | $0.00 | $616.96 |
| 000004 070 7100-00 | MAIN STREET ACQUISITION CORP., ASSIGNEE OF HSBC CARD SERVICES (III) INC. C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | | $1,799.98 | $0.00 | $1,799.98 |
| 000005 070 7100-00 | AMERICAN INFOSOURCE LP AS AGENT FOR ASSET ACCEPTANCE AS ASSIGNEE OF HSN/ WFNNB PO BOX 248838 OKLAHOMA CITY, OK 73124-8838 | Unsecured | | $1,063.39 | $0.00 | $1,063.39 |
| 000006 070 7100-00 | CAPITAL ONE, N.A. C/O BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL ROAD, SUITE #200 TUCSON, AZ 85712 | Unsecured | | $4,297.30 | $0.00 | $4,297.30 |
| 000007 070 7100-00 | CAPITAL ONE, N.A. C/O BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL ROAD, SUITE #200 TUCSON, AZ 85712 | Unsecured | | $3,857.90 | $0.00 | $3,857.90 |
| | Case Totals: | | | $23,413.10 | $260.00 | $23,153.10 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-30102-PHX RJH
Case Name: THOMPSON, PATRICK C
         THOMPSON, LINDA D
Trustee Name: Lothar Goernitz

         Balance on hand                         $

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Lothar Goernitz | $ | $ | $ |
| Trustee Expenses: Lothar Goernitz | $ | $ | $ |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ | $ | $ |

        Total to be paid for chapter 7 administrative expenses     $_____

        Remaining Balance                       $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

        In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

        Allowed priority claims are:

NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ATLAS ACQUISITIONS LLC | $ | $ | $ |
| 000002 | DISCOVER BANK | $ | $ | $ |
| 000003 | MIDLAND FUNDING LLC | $ | $ | $ |
| 000004 | MAIN STREET ACQUISITION CORP., ASSIGNEE | $ | $ | $ |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ | $ | $ |
| 000006 | CAPITAL ONE, N.A. | $ | $ | $ |
| 000007 | CAPITAL ONE, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____


Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be         percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Case 2:11-bk-30102-RJH    Doc 29    Filed 02/07/14    Entered 02/07/14 11:46:17    Desc
Page 11 of 11